UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:16-cr-00008

**United States of America**

v.

**Cory Carnell Mitchell**

# ORDER

On October 7, 2025, the court denied defendant's motion for compassionate release. Doc. 342. Defendant subsequently moved to proceed in forma pauperis in appealing that decision. Doc. 346. That motion was referred to a magistrate judge, who issued a report recommending that the motion be denied. Doc. 348 at 3. Defendant filed written objections. Doc. 349.

The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). However, the "objections must specifically identify those findings objected to. Frivolous, conclusive or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. Unit B 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc). Furthermore, a party's entitlement to de novo review does not entitle it to raise arguments that were not presented to the magistrate judge without a compelling reason. *See Cupit v. Whitley*, 28 F.3d 532, 535 & n.5 (5th Cir. 1994). When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Defendant's motion to proceed in forma pauperis merely informs the court of his request to proceed without counsel on appeal. The motion does not present any argument as to why the appeal is nonfrivolous or taken in good faith. Defendant's

objections merely reargue his claim for compassionate release. The court has already addressed these arguments. As such, the court is not persuaded that defendant has any nonfrivolous issue to raise on appeal.

Having reviewed the magistrate judge's report de novo and being satisfied that it contains no error, the court overrules defendant's objections and accepts the magistrate judge's findings and recommendations. The court denies defendant's motion for leave to appeal in forma pauperis (Doc. 346) and certifies that the appeal is not taken in good faith. The clerk shall provide notice of this ruling to the U.S. Court of Appeals for the Fifth Circuit.

*So ordered by the court on January 9, 2026.*

J. CAMPBELL BARKER
United States District Judge