UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:16-cr-00008

**United States of America**

v.

**Cody Carnell Mitchell**

# ORDER

Defendant's motion to proceed in forma pauperis on appeal was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b). The magistrate judge issued a report recommending that the motion be denied. Doc. 366. Defendant filed no written objections. *See* Doc. 367.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court certifies that defendant's appeal is not taken in good faith. Fed. R. App. P. 24(a)(3). Defendant's motion to appeal in forma pauperis (Doc. 364) is denied.

The clerk of court shall provide notice of this order to the U.S. Court of Appeals for the Fifth Circuit as required by Federal Rule of Appellate Procedure 24(a)(4).

*So ordered by the court on August 17, 2026.*

J. CAMPBELL BARKER
United States District Judge